IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER 06-202 |
| DAVID DIAZ<br>USM# 61239-066 | : |

## ORDER

AND NOW this 22nd day of December, 201 , pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 97 months, effective November 1, 2015.

BY THE COURT:

_____
THE HONORABLE ANITA B. BRODY
Senior United States District Court Judge

xc: (2) US Marshals
(2) US Probation
(1) US Pretrial Services
(1) Asst. Daniel Velez
(1) Isbel G. Velez, Esq.
(1) David Diaz, Deft.
(1) Speedy Trial
(1) Financial Litigation Unit
(1) Regional Counsel, B.O.P.
(1) Law Lib. Fiscal Dept. Clerk's Office
(1) Warden, NE Ohio Correctional Center
(1) Records Dept., NE Ohio Correctional Center